**Kenneth D. JACKSON, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 36588.**

Missouri Court of Appeals,
Western District.

Oct. 1, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Joseph H. Locascio, Sp. Public Defender, Mary Jane McQueeny, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and SOMERVILLE and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion to vacate conviction for stealing fence posts of a value of at least $150 in violation of § 570.030, R.S.Mo.1978, and sentence of seven years imprisonment as a second offender.

Judgment affirmed. Rule 30.25(b).